WALTER BECK, by His Guardian ad Litem, LOUIS BECK, and LOUIS BECK, Appellants, v. GENERAL NEON TUBE CORP. and J. HARRIS KLONER, Respondents. — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

HOWARD B. BISHOP, Appellant, v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

LEO DITOMASSO, Individually, etc., on Behalf of Himself and All Others Similarly Situated and on Behalf of PARAMOUNT ICE CORPORATION, Respondent, v. VITO LOVERRO and Others, Appellants, and Another, Defendant.— Motion to resettle order denied. Present — Lazansky, P. J., Hagarty, Davis and Close, JJ.; Johnston, J., not voting.

MABEL L. FARRELL and ARTHUR A. FARRELL, Respondents, v. RAYMOND J. LUKOWIAK, Defendant, and MABEL FARRELL, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

In the Matter of Proving the Last Will and Testament of CHRISTIAN CARSTENS, Deceased, as a Will of Real and Personal Property. MARTHA BRAUNER, as Executrix, etc., of CHRISTIAN CARSTENS, Deceased, Appellant; ARO G. GABRIEL, Respondent.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

In the Matter of Acquiring Title by THE CITY OF NEW YORK for the Opening and Extending of Tri-Borough Bridge Plaza from 31st Street (2d Avenue) to 47th Street (17th Avenue) and the Grand Central Parkway Extension from 47th Street to Northern Boulevard, etc., in the Borough of Queens, City of New York. DEGNON REALTY AND TERMINAL IMPROVEMENT COMPANY, Appellant; THE CITY OF NEW YORK, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

In the Matter of the Application for Ancillary Letters Testamentary the Last Will and Testament of EUGENIA GIFFORD, etc., of Nice, France, Late of the County of Queens, State of New York, Deceased. GEORGE H. GIFFORD and FRANCES CROWLEY, Appellants; CONSTANTINO GAVAZZI, Respondent. (Appeal No. 2.) — Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.